**WO**



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) CR-07-933-01-PCT-SMM |
| v. | ) |
| Marvin Holiday,, | ) ORDER OF DETENTION |
| Defendant. | ) |

Defendant was released on his own recognizance on   9/19/07.   Pretrial Services filed a Petition for Action on Conditions of Pretrial Release alleging that defendant violated the terms of his release.  Defendant was arrested and appears before the Court with counsel.

Counsel for defendant advises the Court that defendant wishes to waive his right to a detention hearing.  The Court addressed defendant and advised defendant of his right to remain silent, to continued representation by counsel, to provide evidence on his behalf, and the government's obligation to prove that defendant violated at least one condition of release.  Defendant advised he understood these rights and confirmed that he wanted to waive his right to a detention hearing.

The Court deems the waiver a submission and based on the allegations in the petition, the Court finds that defendant violated at least one condition of release. Further, that defendant is unlikely to abide any condition or combination of conditions of release.

/ / /

/ / /

IT IS THEREFORE ORDERED that the defendant's release is revoked and he is detained pending further order of the Court.

DATED this 15th day of February, 2008.

Edward C. Voss
United States Magistrate Judge